**Woodruff J. Parker, appellant, v. Standard Oil Company, appellee. Gen. No. 29,317.**

Action for negligent injury to automobile in collision. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Jos. W. Schulman, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed October 7, 1924. Rehearing denied October 17, 1924.

R. W. Marrow, for appellant. C. W. Martyn and A. L. Green, for appellee.

Mr. Justice Gridley delivered the opinion of the court.